# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

JASON MACLENNAN,                      )
                                      )
                    Plaintiff,        )
                                      )
        v.                            )     Civil Action No. 09-2017 (RJL)
                                      )
U.S. DEPARTMENT OF JUSTICE *et al.*,  )
                                      )
                    Defendants.       )


## ORDER

For the reasons stated in the accompanying Memorandum, it is this ___ day of March

2011,

   **ORDERED** that defendants' motion to dismiss [Dkt. No. 15] is **GRANTED** as

conceded; and it is

   **FURTHER ORDERED** that this case is **DISMISSED**.  This is a final appealable Order.


_____
        RICHARD J. LEON
     United States District Judge